### In re the MARRIAGE OF M.H.K. AND K.M.K.

**M.H.K., Petitioner/Respondent,**

v.

**K.M.K., Respondent/Appellant.**

No. ED 98382.

Missouri Court of Appeals, Eastern District, Division Two.

March 19, 2013.

Daniel B. Chartrand, Corey J. Inskip, Law Office of Daniel B. Chartrand, St. Louis, MO, for respondent.

Michael L. Schechter, Jessica N. Wagner, The Schechter Law Firm, P.C., Clayton, MO, for appellant.

Deborah C.M. Henry, Clayton, MO, Guardian ad Litem.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

## ORDER

PER CURIAM.

This is an appeal from a decree of dissolution of marriage. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).